JS-6

ADAM LEVIN (SBN 156773)
  axl@msk.com
BRIAN M. RAGEN (SBN 275045)
  byr@msk.com
COREY G. SINGER (SBN 300334)
  cgs@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants
WB STUDIO ENTERPRISES INC. and
WARNER BROS. ENTERTAINMENT INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ARMSTRONG,<br><br>    Plaintiff,<br><br>    v.<br><br>WB STUDIO ENTERPRISES, INC.;<br>WARNER BROS. ENTERTAINMENT<br>INC.; and DOES 1 through 20,<br><br>    Defendants. | CASE NO. CV 23-3854-GW-JPRx<br><br>Honorable George H. Wu<br><br>**ORDER AND JUDGMENT<br>GRANTING DEFENDANTS'<br>MOTION FOR SUMMARY<br>JUDGMENT** |

Mitchell
Silberberg &
Knupp LLP

1

## <u>ORDER AND JUDGMENT</u>

Defendants WB Studio Enterprises Inc. and Warner Bros. Entertainment Inc.'s (collectively, "Defendants") Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment (the "Motion") came on for hearing on May 6, June 10, and July 15, 2024, at 8:30 a.m., in Department 9D of the above-entitled Court, the Honorable George H. Wu presiding.  *See* ECF No. 64.  The appearances of the parties are reflected in the transcript.

The Court, having considered all of the papers filed and evidence submitted in conjunction with the Motion, as well as any oral argument presented at the hearing on the Motion, excepting evidence to which the Court specifically sustained objections, **HEREBY ORDERS AND ADJUDGES AS FOLLOWS:**

Summary judgment as to Plaintiff Brian Armstrong's ("Plaintiff") Second Amended Complaint is hereby **GRANTED** in favor of Defendants.  The Court hereby finds there are no triable issues of material fact as to the sole Cause of Action for violation of 42 U.S.C. § 1981 *et seq*. asserted in Plaintiff's Second Amended Complaint, and Defendants are entitled to summary judgment as a matter of law.  The Court's previous rulings regarding Defendants' Motion are incorporated by reference herein.  *See* ECF Nos. 73, 74, 75, 84, 93, 94.

**IT IS SO ORDERED.**

DATED: July 16, 2024

_____
HON. GEORGE H. WU,
United States District Judge

Mitchell Silberberg & Knupp LLP

2
**[PROPOSED] ORDER AND JUDGMENT**